United States District Court
Southern District of Texas
ENTERED
SEP 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED
SEP 17 1998
Michael N. Milby
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| ORLANDO REYNA | * |
| | * |
| v. | *  CIVIL ACTION No. B-97-257 |
| | * |
| EDUARDO BUYO | * |

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On this day came on to be considered Defendant's Alternative Motion for Summary Judgment filed in the above-entitled and numbered cause pursuant to Rule 51 of the Federal Rules of Civil Procedure. Having read and considered the defendant's motion and all other pleadings on file herein, the Court finds that a judgment should be entered in favor of the defendant, as a matter of law.

THEREFORE, IT IS ORDERED that the defendant's Alternative Motion for Summary Judgment is hereby **GRANTED** and a judgment is hereby entered in favor of the defendant. All costs of Court are taxed against the party who incurred same.

SIGNED ON THIS the 17th day of September, 1998 in Brownsville, Texas.

FILEMON B. VELA
UNITED STATES DISTRICT JUDGE