United States District Court
Southern District of Texas
ENTERED
SEP 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
SEP 17 1998
Michael N. Milby
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| ORLANDO REYNA | * |
| | * |
| v. | *  CIVIL ACTION No. B-97-257 |
| | * |
| EDUARDO BUYO | * |

### ORDER OF DISMISSAL

On this day came on to be heard the motion of the United States of America, on behalf of United States Border Patrol employee Eduardo Buyo in the above-entitled and numbered cause, seeking dismissal of said cause with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the above-entitled and numbered cause be and the same is dismissed with prejudice to the right of the plaintiff to refile same or any party thereof. All costs of court are taxed against the party by whom incurred.

SIGNED this 17th day of September, 1998, in Brownsville, Texas.

_____
FILEMON B. VELA
United States District Judge